**Opinion issued June 27, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-24-00200-CV

———————————————

**BRANDON GEOFFREY SCOTTIE WEED AS REPRESENTATIVE OF THE ESTATE OF SCOTTIE WEED, CHRIS DUDLEY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ANA WEED, AND VIRGINIA MONTALVO, Appellants**

**V.**

**FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY, Appellee**

---

**On Appeal from 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-36231**

---

## MEMORANDUM OPINION

Appellants, Brandon Geoffrey Scottie Weed as Representative of the Estate

of Scottie Weed, Chris Dudley, Individually and as Representative of the Estate of

Ana Weed, and Virginia Montalvo, filed their notice of appeal on March 11, 2024. Appellants did not pay their appellate filing fee or establish indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1. The Clerk of this Court notified Appellants that unless they paid the appellate filing fee by May 2, 2024, her appeal could be dismissed. *See* TEX. R. APP. P. 42.3(b). To date, Appellants have not paid the appellate filing fee nor established indigence for purposes of appellate costs.

Appellants also failed to pay, or make arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 34.1. We notified Appellants that their appeal could be dismissed for want of prosecution if the clerk's record was not filed. *See* TEX. R. APP. P. 37.3(a), (b). We directed Appellants to submit written evidence from the trial court clerk by May 13, 2024, reflecting she paid, or made arrangements to pay, the fee for preparing the clerk's record. To date, Appellants have not responded to this Court's notice and the clerk's record has not been filed.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b)–(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.